**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7213**

---

LINDA ANN TYLER,

Plaintiff - Appellant,

versus

GLORIA JEAN RACKLEY; E. RICHARD BAZZLE, Warden
of Leath Correctional Institution; CHARLES
KEARNEY, JR., Captain; DIANE HAMRICK, Lieuten-
ant; MELISSA WHITT; BERNICE WIGGLETON, Major;
BARBARA L. PARTILEDGE, Officer; R. IRBY, Men-
tal Health Counselor; DIANE LITWER, Grievance
Coordinator; RANCE COBB, Principal; BETTY
FLEMING, Sergeant; V. C. HILL, Lieutenant;
BARBARA SHUMATE, of Operations at Leath Cor-
rectional Institution; T. J. PHILSON, Captain;
SHERRI CHANDLER, Administrative Assistant,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-99-2845-4-22BF)

---

Submitted:  February 22, 2001      Decided:  February 28, 2001

---

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Linda Ann Tyler, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linda Ann Tyler appeals from the district court's order denying her motion to transfer her case to another judge.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We deny all of Tyler's outstanding motions, including her motions for reconsideration of this court's prior orders in her case.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED